CITY OF UTICA, Respondent, *v.* CARMELA PROITE, Appellant.

Argued February 24, 1942; decided March 19, 1942.

*J. Walter Augar* for appellant.

*Bartle Gorman, Corporation Counsel,* for respondent.

*John J. Bennett, Jr., Attorney-General* (*John C. Crary* of counsel), for State of New York.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.